IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN H. MCCULLEY AND LINDA K. MCCULLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0620-CG-N ) |
| BANK OF AMERICA, N.A., et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 20, 2014, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendants' respective motions to dismiss (Docs. 17 & 20) be and are hereby **GRANTED** and that this case is hereby **DISMISSED with prejudice.**

**DONE and ORDERED** this 21st day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE