# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOHN H. MCCULLEY AND LINDA K. MCCULLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0620-CG-N ) |
| BANK OF AMERICA, N.A., et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action be, and the same hereby is, **DISMISSED with prejudice.**

**DONE and ORDERED** this 21st day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE