IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN H. MCCULLEY AND LINDA K. MCCULLEY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0620-CG-N ) |
| BANK OF AMERICA, N.A., et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2014, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendants' respective motions to dismiss (docs. 17 & 20) be and are hereby **GRANTED** and that this case is hereby **DISMISSED with prejudice.**

**DONE and ORDERED** this 20th day of May, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE